U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 23 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL T. JAMES, ET AL | : | DOCKET NO. 2:16-cv-00094 |
| VERSUS | : | JUDGE MINALDI |
| NATIONAL FIRE & MARINE INSURANCE CO. | : | MAGISTRATE JUDGE KAY |

## O R D E R

On the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 23rd day of December, 2016.

_____
DEE. D. DRELL
Chief Judge